NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DEAN W. SCHOMBURG, | : |
| Plaintiff, | : |
| v. | : Civil No. 11-3410 (GEB) |
| DOW JONES & CO., | : **OPINION AND ORDER** |
| Defendant. | : |

**BROWN, Chief Judge**

Plaintiff Dean W. Schomburg ("Schomburg") filed a complaint on June 13, 2011, that opened the above captioned case in this Court. (Doc. No. 1.) It appears that:

1. The Clerk of the Court will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

2. The filing fee for commencing a civil action in this court is $350.00. *See* 28 U.S.C. § 1914(a).

3. Schomburg did not prepay $350.00; rather, he submitted an application to proceed in this matter *in forma pauperis* (IFP Application), pursuant to 28 U.S.C. § 1915. (IFP Application; Doc. No. 1.)

4. Having considered Schomburg's IFP Application, the Court concludes that Schomburg has not adequately established that his financial condition renders him reasonably impoverished, or

that payment of the $350.00 filing fee is an undue hardship; instead, Schomburg's IFP Application lists not-insignificant net assets and regular monthly income that apparently exceeds expenses.

Therefore, for the foregoing reasons;

IT IS THIS 15th day of December, 2011, hereby

ORDERED that Schomburg's IFP Application is DENIED; (Doc. No. 1.)

ORDERED that the Clerk of the Court transmit a copy of this order to Schomburg via regular U.S. Mail;

ORDERED that the Clerk of the Court administratively terminate this matter without prejudice to reopen if Schomburg pays the statutorily-mandated $350 filing fee;

ORDERED that, if this case is reopened in the future, the Clerk of the Court REASSIGN it to another District Judge in the Trenton Vicinage.

/s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.